NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STRAIGHT PATH IP GROUP, LLC,**
*Plaintiff-Appellant*

**v.**

**APPLE INC., CISCO SYSTEMS, INC.,**
*Defendants-Appellees*

---

2018-1491, 2018-1492

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:16-cv-03463-WHA, 3:16-cv-03582-WHA, Judge William H. Alsup.

---

## JUDGMENT

---

MARC AARON FENSTER, Russ August & Kabat, Los Angeles, CA, argued for plaintiff-appellant. Also represented by BRIAN DAVID LEDAHL.

CATHERINE EMILY STETSON, Hogan Lovells US LLP, Washington, DC, argued for defendant-appellee Apple Inc. Also represented by CELINE JIMENEZ CROWSON, MITCHELL REICH; CLAYTON COLE JAMES, SRECKO VIDMAR, Denver, CO.

JOHN M. DESMARAIS, Desmarais LLP, New York, NY, argued for defendant-appellee Cisco Systems, Inc. Also represented by STEVEN MARC BALCOF, TIMOTHY Q. LI, JENNIFER M. PRZYBYLSKI, JUSTIN P.D. WILCOX.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 23, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court